# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

v.              **CASE NO. 4:15-CR-00233 BSM**

**OSCAR ESPINOZA LOPEZ, et al.**                         **DEFENDANTS**

## ORDER

The motion to sever counts 16, 17, 18, and 19 [Doc. No. 181] is denied.

The motion in limine to preclude the introduction of evidence or testimony regarding the legal status of defendants Oscar Espinoza Lopez and Raymundo Moreno Lopez [Doc. No.184] is denied.

The motion to in limine to preclude the introduction of evidence or testimony that Oscar Espinoza Lopez possessed a firearm at any time other on August 27, 2013 [Doc. No. 185] is denied.

IT IS SO ORDERED this 9th day of January 2017.

_____
UNITED STATE DISTRICT JUDGE